UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARTUR MANASARYAN,<br><br>    Defendant. | CASE NO. MJ 10-198<br><br>DETENTION ORDER |

Offense charged:     Conspiracy to Commit Bank Fraud

<u>Date of Detention Hearing</u>:    May 11, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is a permanent legal resident of the United States. He was not interviewed by Pretrial Services. There is no additional information available about his personal

01   history, residence, family ties, ties to this District, income, financial assets or liabilities, or his
02   physical/mental health or controlled substance use, if any.  Defendant does not contest detention.

03      (2)      The AUSA indicates that multiple identification documents in defendant's name
04   with different addresses were found after a search was conducted.

05      (3)      Defendant poses a risk of nonappearance due to lack of background information,
06   multiple identification documents, and the nature of the charges.  Defendant poses a risk of
07   danger due to the nature of the instant offense, which is alleged to have been part of a multi-state
08   bank fraud conspiracy.

09      (4)      There does not appear to be any condition or combination of conditions that will
10   reasonably assure the defendant's appearance at future Court hearings while addressing the
11   danger to other persons or the community.

12   It is therefore ORDERED:

13      (1)      Defendant shall be detained pending trial and committed to the custody of the
14                Attorney General for confinement in a correction facility separate, to the extent
15                practicable, from persons awaiting or serving sentences or being held in custody
16                pending appeal;

17      (2)      Defendant shall be afforded reasonable opportunity for private consultation with
18                counsel;

19      (3)      On order of a court of the United States or on request of an attorney for the
20                Government, the person in charge of the corrections facility in which defendant
21                is confined shall deliver the defendant to a United States Marshal for the purpose
22                of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of May, 2010.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge